# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARQUES SAYYED BINNS,** | NO. LA CV 16-06853-VBF-E |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS, |
| NEIL McDONALD, Warden, | CONCLUSIONS AND RECOMMENDATIONS |
| Respondent. | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636 and Fed. R. Civ. P. 72, the Court has reviewed the Petition for a Writ of Habeas Corpus, all records herein, and the Report and Recommendation ("R&R"). Further, the Court has engaged in de novo review of those portions of the R&R to which petitioner has objected.

The Magistrate Judge's well-reasoned Report and Recommendation is **ADOPTED**.

The habeas corpus petition is **DENIED**.

This action is **DISMISSED** with prejudice.

A separate final judgment shall be entered accordingly.

Dated: August 15, 2017

_/s/ Valerie Baker Fairbank_

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE