JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARQUES SAYYED BINNS, | ) NO. LA CV 16-06853-VBF |
| Petitioner, | ) |
| v. | ) FINAL JUDGMENT |
| NEIL McDONALD, Warden, | ) |
| Respondent. | ) |

Pursuant to this Court's contemporaneously issued Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, **final judgment is hereby entered in favor of the respondent warden and against petitioner Marques Sayyed Binns.**

Dated: August 15, 2017        *Valerie Baker Fairbank*
                              _____
                              VALERIE BAKER FAIRBANK
                              UNITED STATES DISTRICT JUDGE